UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| TERRY FITZGERALD, ET UX. | ) | |
| | ) | |
| v. | ) | NO. 2:03-CV-123 |
| | ) | |
| ORKIN EXTERMINATING COMPANY, INC. | ) ) | |

**O R D E R**

On March 3, 2005, the parties filed a Status Report on Arbitration Proceedings which indicates that arbitration was scheduled for September, 2005, and they were ordered to report on the results of arbitration on or before November 1, 2005. Because this was the third extension of time that the parties had been granted, they were advised that the stay in this case would be lifted on November 1, 2005.

On October 27, 2005, the parties filed a joint motion for a fourth extension of time to extend their time to report the results of mediation to May 1, 2006. [Doc. 22]. This motion indicates that the parties are still not prepared to arbitrate even though this case was originally stayed to permit them to arbitrate on May 12, 2004.

Accordingly, it is hereby **ORDERED** that the joint motion to extend the time to arbitrate is **DENIED**, and the Clerk is **DIRECTED** to set this matter for a scheduling conference.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

2

Case 2:03-cv-00123   Document 23   Filed 11/30/05   Page 2 of 2   PageID #: 10